UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:
    STACEY LEE REYNOLDS
    ANGELA GAY REYNOLDS        CHAPTER 13
        Debtors.                         CASE NO. 07-53696
_____/        HON. THOMAS J. TUCKER

## CERTIFICATE OF NON RESPONSE

PLEASE TAKE NOTICE that the Debtors Motion to Excuse Payment of Income Tax Refund was filed with this Court and served upon all interested parties, as is further set for in the Certificate of Service previously filed, that more than twenty (20) days have elapsed since the filing of said documents and the service of said documents upon interested parties and that no response and/or objection has been received.

June 3, 2013                                                      /s/ David I. Goldstein
                                                               David I. Goldstein (P14130)
                                                                4930 Washtenaw Ave.
                                                                 Ann Arbor, MI 48108
                                                                734-528-9886
                                                                734-528-9887 fax
                                                                Davidgoldstein.law@gmail.com